PD-1239-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/21/2015 5:13:50 PM
Accepted 9/22/2015 2:26:35 PM
ABEL ACOSTA
CLERK

**PD**
**NO. 11-14-00033-CR**

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| **VS.** | § | **COURT OF** |
| **RICKEY GENE PIPPIN** | § | **CRIMINAL APPEALS** |

### APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Comes now Appellant, and files this Motion for the Court to extend the time for filing of Appellant's PDR and shows the Court the following:

1. Appellant was convicted of Bail Jumping Case Numbers 1288659, styled "The State of Texas v. Rickey Gene Pippin" in the 297th District Court of Tarrant County, Texas. Appellant was sentenced to Ninety-Nine years confinement in the Institutional Division of the Texas Department of Corrections on December 04, 2013.

2. Appeal was perfected by notice of appeal filed on December 04,2013. A motion for new trial was filed. Appellant's appeal was affirmed by the Eleventh Court of Appeals on August 21, 2015.

3. Appellant's PDR is due in the Court of Criminal Appeals on September 21, 2015.

4. Appellant seeks an extension of thirty days within which to file the PDR. There has been one previous extensions of time requested and granted with regard to the filing of appellant's PDR. The submission date in this case is not set. Therefore, this requested extension would not delay submission.

5. This extension is not requested for purposes of delay but rather to adequately brief the legal issues for appeal and insure justice is done.

FILED IN
COURT OF CRIMINAL APPEALS

September 22, 2015

ABEL ACOSTA, CLERK

6. The Appellant's initial Appeal was affirmed by the Court of Appeals on August 21, 2015. Since this date, counsel for Appellant has been in trial or preparing for trial on major cases, Styled "The State of Texas vs. Arnulfo Mauricio Jr." in 213th District Court, which is a Manuf cont sub 0/400G-PG1, Burglary of Habitation, Engaging Organized Crime and Aggravated Robbery. "The State of Texas vs. Cameron Butler" in the Judicial District Court No. 4, Murder ; styled "The State of Texas vs. Arron Alexander Brown" in 213th District Court, is a Intox Aslt w/vehicle SBI.

These cases were or are all contested trials and Counsel for Appellant is either preparing them for trial or actually in trial, as well as handling many other cases. It has not been possible for Counsel to complete the PDR due to this large number of court settings and serious cases which went or are going to lengthy jury trials.

Appellant's attorney apologies to the Court for requesting an extension of time; however, counsel's unexpected trial schedule has prohibited counsel's ability to prepare the PDR.

An extension of thirty days will be necessary and adequate to allow the completion of the PDR.

**WHEREFORE, ALL PREMISES CONSIDERED**, Appellant prays that the Court grant an extension of thirty days to file the PDR.

Respectfully submitted,

*Lisa Mullen*

_____

/s/ Lisa Mullen
Attorney at Law
3149 Lackland Road, Suite 102
Fort Worth, Texas 76116
817-332-8900
Fax: 817-332-8904
SBN: 03254375
lisa@mullenlawoffice.com

## CERTIFICATE OF SERVICE

This is to certify that on September 21, 2015 a true and correct copy of the above and foregoing document was served with the Tarrant County District Attorney's Office, 401 West Belknap, Fort Worth, Texas, 76196, by U.S. Postal Mail.

*Lisa Mullen*

_____
/s/Lisa Mullen
Attorney at Law

## CERTIFICATE OF CONFERENCE

I, Lisa Mullen, certify that I have conferred with Counsel for the State and they do not oppose the granting of Appellant's Motion for Extension of Time to file Appellant's PDR.

*Lisa Mullen*

_____
/s/Lisa Mullen

# <u>AFFIDAVIT</u>

THE STATE OF TEXAS

COUNTY OF TARRANT

 I, Lisa Mullen, Attorney at Law, being duly sworn, on my oath say that the facts stated in the foregoing motion are true and correct to the best of my knowledge.

*Lisa Mullen*

/s/Lisa Mullen
Attorney at Law
State Bar Number: 03254375
lisa@mullenlawoffice.com

 Subscribed to and sworn before me on this date: September 21, 2015.

*Nancy Mata Martinez*

Nancy Mata Martinez
Notary Public for The State

My Commission expires: August 31, 2016